# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE N. CAMARGO,<br>CDCR #AE-4167,<br><br>                                 Plaintiff,<br><br>vs.<br><br>ROTNER; TORY SCALES;<br>BRAWLEY POLICE DEPARTMENT,<br><br>                                 Defendants. | Civil No.   12-0327 DMS (PCL)<br><br>**ORDER DISMISSING CIVIL ACTION AS DUPLICATIVE PURSUANT TO 28 U.S.C. § 1915A(b)(1)** |

Plaintiff, a state inmate currently incarcerated at the California Institute for Men located in Chino, California and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. §1983. Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") [ECF No. 2].

**I.     Sua Sponte Screening Pursuant to 28 U.S.C. § 1915A(b)**

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who is accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions

1  of parole, probation, pretrial release, or diversionary program," "as soon as practicable after
2  docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP.
3  *See* 28 U.S.C. § 1915A(a), (c).  The Court must sua sponte dismiss prisoner complaints, or any
4  portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may
5  be granted.  28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

6  Plaintiff's instant Complaint is subject to sua sponte dismissal pursuant to 28 U.S.C.
7  § 1915A(b)(1) because it appears to be duplicative of a case Plaintiff is currently litigating.
8  Plaintiff's Complaint contains identical claims that are found in *Camargo v. Rotner, et al.*, S.D.
9  Cal. Civil Case No. 11cv2955 DMS (PCL)..  A court "may take notice of proceedings in other
10 courts, both within and without the federal judicial system, if those proceedings have a direct
11 relation to matters at issue."  *United States ex rel. Robinson Rancheria Citizens Council v.*
12 *Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

13 A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it
14 "merely repeats pending or previously litigated claims."  *Cato v. United States*, 70 F.3d 1103,
15 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal
16 quotations omitted).  Because Plaintiff is already litigating the same claims presented in the
17 instant action in *Camargo v. Rotner, et al.*, S.D. Cal. Civil Case No. 11cv2955 DMS (PCL), the
18 Court hereby **DISMISSES** Civil Case No.  12cv0327 DMS (PCL)  pursuant to 28 U.S.C.
19 § 1915A(b)(1).  *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446 n.1.

20 **II.    Conclusion and Order**
21 Good cause appearing, **IT IS HEREBY ORDERED** that:
22 Plaintiff's Complaint in Civil Case No. 12cv0327 DMS (PCL)  is **DISMISSED** as
23 frivolous pursuant to 28 U.S.C. § 1915A(b)(1).  Plaintiff's Motion for Leave to Proceed IFP is
24 **DENIED** as moot.  The Clerk shall close the file.
25 **IT IS SO ORDERED.**
26 DATED: February 17, 2012
27
28 _____
   HON. DANA M. SABRAW
   United States District Judge